In the Matter of the Accounting of GUARANTY TRUST COMPANY OF NEW YORK, as Temporary Administrator and Executor of BEN HILLMAN, Deceased, Respondent. FRANCIS J. MULLIGAN, as Public Administrator of the County of New York, et al., Appellants.

Argued January 20, 1953; decided March 6, 1953.

*Joseph T. Arenson* and *Joseph A. Cox* for Public Administrator of the County of New York, appellant.

*Lewis Abrahams,* special guardian for Noel Stern, an infant residuary legatee, appellant in person.

*Andrew Y. Rogers, Milton A. Willment, Jr., Walter D. Fletcher* and *J. Dormer Cannon* for respondent.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY and DYE, JJ.; DESMOND, FULD and FROESSEL, JJ., dissent and vote to reverse on the opinion of the Surrogate. [See 305 N. Y. 797.]